# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2026-1319

———————————————

ELIZABETH SHEPHERD,

   Appellant,

   v.

ESCAMBIA COUNTY, FLORIDA,
and BRIAN WATERS and LYNN
WATERS,

   Appellees.

———————————————

On appeal from the Circuit Court for Escambia County.
Stephen A. Pitre, Judge.

August 11, 2026

PER CURIAM.

   DISMISSED.

BILBREY, TREADWELL, and NEFF, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Elizabeth Shepherd, pro se, Appellant.

No appearance for Appellees.